

Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T  877-HERO-CAT (877-437-6228)
E  help@copycatlegal.com

February 23, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2023
```

Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
Room 2230
New York, NY 10007

**RE:** *Prepared Food Photo, Inc. v. Eastchester Fish Gourmet, Inc. d/b/a Eastchester Fish Market*, Case No. 1:22-cv-08516-MKV

Dear Judge Vyskocil:

Plaintiff Prepared Food Photos, Inc. ("Plaintiff") and defendant Eastchester Fish Gourmet, Inc. d/b/a Eastchester Fish Market ("Defendant") (collectively, the "Parties") hereby submit this joint letter motion to request that the Court reset/reschedule the June 29, 2023 status conference [D.E. 17] for July 10, 2023 or some other date convenient for the Court.

Counsel for both Plaintiff (who will be in Alaska from June 14, 2023 – July 2, 2023) and Defendant (who is also traveling on June 29) are both unavailable on the currently scheduled date.

Respectfully submitted,

/s/ Daniel DeSouza
Daniel DeSouza, Esq.

*Counsel for Plaintiff*

/s/ R. David Lane, Jr.
R. David Lane, Jr., Esq.

*Counsel for Defendant*

**Granted. SO ORDERED.** The conference is ADJOURNED from June 29, 2023 until July 13, 2023 at 10:30 a.m.

Date: March 6, 2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge