USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PREPARED FOOD PHOTOS, INC.,

                              Plaintiff,

        -against-

EASTCHESTER FISH GOURMET, INC.,
doing business as Eastchester Fish Market.,

                              Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING TELEPHONE CONFERENCE**

22-CV-8516 (MKV)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Settlement filed on March 9, 2023 (doc. no 22) the Pre-Settlement Telephone Conference currently scheduled for **March 27, 2023** is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: March 10, 2023
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge